KEVIN A. DARBY, ESQ. (#7670)  *Electronically filed 1/18/12*
TRICIA M. DARBY, ESQ. (#7956)
TYLER M. ELCANO, ESQ. (#10578)
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 322-1237
Facsimile: (775) 996-7290
E-mail: kevin@darbylawpractice.com
         tricia@darbylawpractice.com

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>BRIAN N. SHOWERS and MISTY L SHOWERS,<br><br>Debtors.<br>_____/ | CASE NO.   BK-N-11-51275-BTB<br>Chapter 13<br><br>**MOTION TO MODIFY CONFIRMED**<br>**CHAPTER 13 PLAN**<br><br>Hearing Date: February 17, 2012<br>Hearing Time: 2:00 p.m. |

BRIAN N. SHOWERS and MISTY L. SHOWERS ("Debtors"), by and through their counsel, DARBY LAW PRACTICE, LTD., hereby move this Court for Approval to Modify Debtors' post-confirmation Chapter 13 Plan, pursuant to 11 U.S.C. §1329, for the reasons set forth below. This Motion is supported by the Declaration of Debtors and the following points and authorities.

### POINTS AND AUTHORITIES
### I.   STATEMENT OF FACTS

1.   The Debtors filed the above captioned Chapter 13 bankruptcy case on April 18, 2011. Dkt. No. 1.

2.   The Debtors' Chapter 13 plan of reorganization was confirmed pursuant to an

1

order entered herein on October 26, 2011 ("Confirmation Order"). Dkt. No. 33. The Chapter 13 plan was proposed as a 100% plan with monthly payments in the amount of $1,385.00. The Confirmation Order required arrears of $5,931.14 on the first deed of trust held by Wells Fargo Financial Nevada to be paid through the plan.

3. Since the filing of the Chapter 13 petition, $27,707.06 in unsecured claims have been filed with the Court. The last date to file proof of claims for all non-governmental units was September 1, 2011. Dkt. No. 9.

4. The Debtors have made approximately eight payments in the total amount of $11,080.00 to date. The Debtors' average monthly payment is $1,385.00.

5. Since the filing of the bankruptcy, the Debtors have fallen behind on their mortgage payments in the amount of $5,004.33. Declaration of Debtors. The Debtors seek to include these arrears in their Chapter 13 plan. Id.

6. Inclusion of the first mortgage arrears and a 100% pay-off of all filed proof of claims would result in a payment plan of $716.47 for the remaining 52 months of the plan. This would result in a plan base of $48,336.44.

## II.    LEGAL DISCUSSION

7. 11 U.S.C. §1329 provides, in pertinent part:

> (a) At any time after confirmation of the plan but before the completion of payments under such plan, the plan may be modified, upon request of the debtor, the trustee, or the holder of an allowed unsecured claim, to-
> (1) Increase or reduce the amount of payments on claims of a particular class provided for by the plan;
> (2) Extend or reduce the time for such payments;
> (3) Alter the amount of the distribution to a creditor whose claim is provided for by the plan to the extent necessary to take account of any payment of such claim other than under the plan ….

8. In the present matter, the Debtors seek to include the first mortgage arrears of $5,004.33 in the plan. Including the the first mortgage arrears and 100% re-payment of the proof of claims will reduce the monthly plan payment to $716.47 for the remaining 52 months of the plan. Changing the Debtors monthly plan payment will result in a plan base of $48,336.44.

### III.  CONCLUSION

9. Based on the foregoing, the Debtors respectfully request that this Court grant their Motion to Modify.

DATED this 18th day of January, 2012.

DARBY LAW PRACTICE, LTD.

By: */s/ Tricia M. Darby*
_____
TRICIA M. DARBY, ESQ.
Nevada Bar No. 7956
4777 Caughlin Parkway
Reno, Nevada 89519