

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
April 02, 2012

WILLIAM A. VAN METER, TRUSTEE
Nevada State Bar No. 2803
P.O. Box 6630
Reno, Nevada  89513
Telephone:  (775) 324-2500
maryc13@nvbell.net

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In Re:                                                                  CASE NO. BK-N 11-51275-BTB

BRIAN N. SHOWERS
MISTY L. SHOWERS,                                          Chapter 13

                Debtors.                        **ORDER CONFIRMING CHAPTER 13 MODIFIED PLAN**

Hearing Date:  March 16, 2012
/    Hearing Time:  2:00 p.m.

     Having considered the Debtors' motion to modify the confirmed Chapter 13 plan in this case, and having reviewed and considered any arguments and comments of counsel and for good cause appearing;

     **IT IS ORDERED,** that the proposed Modification is approved as amended by this Order.

     **IT IS FURTHER ORDERED** that in addition to funds paid to the Trustee as of February 28, 2012 in the amount of $14,050.00, the Debtors' plan payments shall decrease from $1385.00 per month to $1,229.28 per month beginning with the April payment and the term of the plan will be remain 60 months.  The minimum plan base will be $74,284.72.

      **IT IS FURTHER ORDERED** the post-petition Mortgage Arrears owed to Wells Fargo in the amount of $6,254.30 shall be paid through the Modified Plan and if the Debtor defaults on any regular monthly payments or in making plan payments, Wells Fargo may, after filing a Declaration and Notice of Default Letter giving the Debtor 15 days to cure the default without further notice of hearing submit the Order Terminating the Stay on the real property at 8066 White Falls Drive, Reno, Nevada.

Prepared by:

CHAPTER 13 TRUSTEE

/S/ WILLIAM A. VAN METER
William A. Van Meter, Esq.

Approved by:

/S/Tricia M. Darby
TRICIA M. DARBY, ESQ.
Attorney for Debtors

      Shirley Folkins-Roberts, Esq. (for)
/S/
Gayle Kern, Esq.
Attorney for Wells Fargo Financial Nevada 2, Inc.

**BRIAN N. and MISTY L. SHOWERS**
**BK-N 11-51275-BTB**
**ORDER CONFIRMING CHAPTER 13 MODIFIED PLAN**
**Page 2 of  2**

## ALTERNATIVE METHODS re: RULE 9021:

In accordance with L.R. 9021, the undersigned certifies:

    _____ The court waived the requirements of L.R. 9021.

    \_\_X\_\_ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

        \_\_X\_\_ approved the form of this order as indicated above;
        _____ waived the right to review the order; and/or
        _____ failed to file and serve papers in accordance with L.R. 9021(c).

    _____ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with L.R. 9021(c) and the following have disapproved the form of the order:

    NONE

    _____ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

**Dated:** March 30, 2012

                                    /S/ Mary Rivinius
                                    Mary Rivinius
                                    Assistant to William A. Van Meter, Trustee
                                    P.O. Box 6630
                                    Reno, NV  89509

                                    ###